FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 JUL 22 PM 1: 10

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ALONZO HAWKINS, SR.,

    Plaintiff,

vs.

JIM WETHERINGTON, Commissioner;
BILL KISSEL, Director of Health Services;
JOSEPH PARIS, Medical Director,
and Dr. PETER ANKOH,

    Defendants.

CIVIL ACTION NO.: CV503-121

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff alleges that the fact at issue in this case is that he was made to suffer for an unreasonable amount of time before he received medical treatment, not that he has a difference of opinion with medical personnel regarding his medical care. A review of the evidence before this Court reveals that Plaintiff was seen by medical personnel on numerous occasions (approximately 27 visits) between October 19, 2001, and January 9, 2003, the date of his surgery. Plaintiff's Objections are nothing more than recapitulations of his previous contentions, and review of his Objections reveals that he complains about not receiving the medical treatment he deemed appropriate.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment (Doc. No. 64) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 22ND day of July, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Alonzo Hawkins, Sr. )

vs ) CASE NUMBER CV503-121

Jim Wetherington, et al. ) DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/22/05, which is part of the official record of this case.

Date of Mailing: 7/22/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Alonzo Hawkins, Sr., 90354, EF157886, Ware Correctional Institute, 3620 N. Harris Rd., Waycross, GA 31501
Andrew Marshall Magruder, Magruder and Owen, LLP, 2914A Professional Pkwy, Augusta, GA 30907
Jesse Weatherspoon Owen, Magruder and Owen, LLP, 2914A Professional Pkwy, Augusta, GA 30907

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate